UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

UNITED STATES OF AMERICA,　　　　:　　21-cr-343 (SHS)

　　　　　-v-　　　　　　　　　　　　:　　ORDER

YING SUN, JIAN WANG, FRANK LIU,　:
DIELONG WU, LARRY LAI, JIE LIN,
and STEVEN WOO,　　　　　　　　　:

　　　　　Defendants.　　　　　　　　:

-----------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

　　　　IT IS HEREBY ORDERED that there will be an initial pretrial conference in this matter on September 30, 2021, at 4:30 p.m. The conference will take place in Courtroom 23A at the U.S. Courthouse, 500 Pearl Street, New York, New York

Dated: New York, New York
　　　　September 14, 2021

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.