# RICHARD H. ROSENBERG
ATTORNEY AT LAW

217 BROADWAY
SUITE 707
NEW YORK, NEW YORK 10007

TEL: 212-586-3838
FAX: 212-962-5037
richrosenberg@msn.com

## MEMO ENDORSED

November 18, 2021

Hon. Sydney H. Stein
United States District Court
500 Pearl Street
New York, New York  10007

**United States v. Sun, et al**
**21 Cr. 343 (SHS)**

Dear Judge Stein:

I write to request withdrawal of my motion filed yesterday in anticipation of a need for an extension of time to file executed appearance bonds on behalf of my client, **Jian Wang**.

I am pleased - -and relieved - - to report that I was able to prepare the sureties with their paperwork in a timely manner. I have received notice today from Magistrate Court that both sureties have now been sworn to their respective appearance bonds.

Respectfully submitted,

Richard H. Rosenberg

cc.: All parties (ECF)

The request to withdraw the motion [Doc. No. 62] is granted.

Dated: New York, New York
November 19, 2021

SO ORDERED:

Sidney H. Stein, U.S.D.J.