UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 21-cr-343 (SHS) |
| -v- | : | ORDER |
| YING SUN, JIAN WANG, FRANK LIU, DIELONG WU, LARRY LAI, JIE LIN, and STEVEN WOO, | : : | |
| Defendants. | : | |

--------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

A status conference having been held today, with counsel and defendants present,

IT IS HEREBY ORDERED that:

1. The last day for any defense motions is June 13, 2022, any responses are due by June 27, 2022;

2. There will be a status conference on September 12, 2022, at 2:30 p.m.;

3. Any motions in limine, proposed jury charges and proposed voir dire are due by February 27, 2023, responses to any motions in limine are due by March 6, 2023; and

4. The trial of this matter is scheduled for March 20, 2023, at 9:30 a.m. in Courtroom 23A.

Dated: New York, New York
       May 23, 2022

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.