# RICHARD H. ROSENBERG
### ATTORNEY AT LAW

217 BROADWAY
SUITE 707
NEW YORK, NEW YORK 10007

TEL: 212-586-3838
FAX: 212-962-5037
richrosenberg@msn.com

September 7, 2022

Hon. Sidney H. Stein
United States District Court
U.S. Courthouse
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

Re: United States v. Jian Wang
21 Cr. 343 (SHS)

Dear Judge Stein:

I am the assigned CJA counsel for defendant **Jian Wang** in the above referenced case.   I write today to respectfully request permission for my client to participate telephonically in the scheduled  September 12, 2022 conference before Your Honor.  As I have informed the Court in prior, preevious applications, my client resides in southern California, is of limited means and it would be burdensome for him to travel to New York for this appearance.

I include with this application a Consent to Proceed By Teleconference form that has been signed by me on behalf of Mr. Wang with his permisssion, and by me, should the Court approve this request.

Thank you for your consideration to this request and continued courtesies to counsel.

Respectfully submitted,

Richard H. Rosenberg

**The request for Mr. Yang to appear by telephone is granted. Any defendants appearing by telephone shall call 888-273-3658 and use access code 7004275 to join the call.**

Dated: New York, New York
         September 7, 2022

SO ORDERED

SIDNEY H. STEIN
U.S.D.J.