UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 21-Cr-343 (SHS) |
| -against- | : | ORDER |
| YING SUN, ET AL., | : | |
| Defendant(s). | : | |

-------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

A status conference having been held today, with counsel and defendants appearing either in person or by telephone,

IT IS HEREBY ORDERED that:

1. The next status conference will be held on December 14, 2022, at 5:00 p.m. and will take place in Courtroom 23A;

2. All attorneys shall appear in person at the December 14 conference; and

3. If a defendant resides in California and does not wish to appear in person on December 14, he shall submit a written waiver and may appear by telephone.

Dated: New York, New York
October 12, 2022

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.