UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

UNITED STATES OF AMERICA,                :    21-Cr-343 (SHS)

       -against-                            :    ORDER

YING SUN, ET AL.,                        :

               Defendants.             :

-------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

At the request of the parties in a letter from the government dated February 21, 2023 [Doc. No. 158],

IT IS HEREBY ORDERED that:

1. The trial of this action is adjourned to May 30, 2023, at 9:30 a.m., in Courtroom 23A;

2. Any motions in limine, proposed jury charges and proposed voir dire are due by May 5, 2023;

3. Responses to any motions are due by May 12, 2023;

4. The conference regarding Steven Woo remains at March 2 at 2:30 p.m.; and

4. The time is excluded from calculation under the Speedy Trial Act from today until May 30, 2023. The Court finds that the ends of justice served by this continuance outweigh the best interests of the public and the defendants in a speedy trial pursuant to 18 U.S.C. § 3161(h)(7)(A).

Dated: New York, New York
       February 22, 2023

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.