UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

YING SUN,
JIAN WANG,
FRANK LIU,
DIELONG WU, and
JIE LIN,

              Defendants.

ORDER

21 Cr. 343 (SHS)

WHEREAS, with defendant JIAN WANG's consent, WANG's guilty plea allocution was made before United States Magistrate Judge Gabriel W. Gorenstein on March 7, 2023;

WHEREAS, with defendant JIE LIN's consent, LIN's guilty plea allocution was made before United States Magistrate Judge James L. Cott on March 9, 2023;

WHEREAS, with defendant FRANK LIU's consent, LIU's guilty plea allocution was made before United States Magistrate Judge Gabriel W. Gorenstein on March 10, 2023;

WHEREAS, with defendant YING SUN's consent, SUN's guilty plea allocution was made before United States Magistrate Judge Katharine H. Parker on March 13, 2023;

WHEREAS, with defendant DIELONG WU's consent, WU's guilty plea allocution was made before United States Magistrate Judge Katharine H. Parker on March 16, 2023;

WHEREAS, transcripts of the aforementioned plea allocutions were made and thereafter were transmitted to the District Court;

WHEREAS, upon review of the transcripts, this Court has determined that defendants JIAN WANG, JIE LIN, FRANK LIU, YING SUN, and DIELONG WU (the "Defendants")

entered their guilty pleas knowingly and voluntarily and that there was a factual basis for the guilty pleas;

    IT IS HEREBY ORDERED that the Defendants' guilty pleas are accepted.

**SO ORDERED:**

Dated:   New York, New York
           April **10**, 2023

                                          HONORABLE SIDNEY H. STEIN
                                          UNITED STATES DISTRICT JUDGE
                                          SOUTHERN DISTRICT OF NEW YORK