UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

UNITED STATES OF AMERICA,                :        21-Cr-343 (SHS)

    -against-                                          :        ORDER

YING SUN, *ET AL.*,                                 :

                  Defendant(s).       :

------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    Defendants having pled guilty before magistrate judges,

    IT IS HEREBY ORDERED that the sentencings are scheduled as follows:

| | | |
|---|---|---|
| Ying Sun | June 13, 2023 | 11:00 a.m. |
| Jian Wang | June 7, 2023 | 10:00 a.m. |
| Dielong Wu | July 14, 2023 | 2:30 p.m. |
| Jie Lin | July 10, 2023 | 2:30 p.m. |

Dated: New York, New York
       May 9, 2023

SO ORDERED:

Sidney H. Stein, U.S.D.J.