UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x

UNITED STATES OF AMERICA,              :         21-Cr-343 (SHS)

       -against-                       :         ORDER

YING SUN,                              :

              Defendant.          :

----------------------------------------------------------------x


SIDNEY H. STEIN, U.S. District Judge.

     Defendant having filed a motion to seal her sentencing submission [Doc. No. 214],

     IT IS HEREBY ORDERED that:

     1.     That request is denied;

     2.     Defendant is directed to file a redacted version of her sentencing memorandum and Exhibits A and B to that memorandum, redacting the medical information and any references to her government contacts. This Court will file the unredacted version under seal.


Dated: New York, New York
       June 2, 2023

SO ORDERED

_____
SIDNEY H. STEIN
U.S.D.J.