UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>YING SUNG,<br><br>Defendant. | **NOTICE OF ANCILLARY AMENDED OMNIBUS PETITION FILING**<br><br>21 Cr. 343 (SHS) |

PLEASE TAKE NOTICE that, pursuant to 21 U.S.C. § 853(n), Federal Rule of Criminal Procedure 32.2, this Court's Consent Preliminary Order of Forfeiture as to Specific Property/Money Judgment entered on June 13, 2023, Docket Number 221, and November 14, 2023, agreement between the Government and Petitioner Victims,[1] the victims of the international terrorism attack occurring on November 4, 2019, and 18 U.S.C. § 2333 judgment creditors, by and through undersigned counsel, concurrent with the filing of this Notice, have filed with the Clerk of Court and served upon the United States Attorneys' Office an Amended Omnibus Ancillary Petition asserting their interest in the property to be forfeited pursuant to this Court's Consent Preliminary Order of Forfeiture as to Specific Property/Money Judgment entered on June 13, 2023, Docket Number 221. DATED this 29[h] day of December, 2023.

Respectfully submitted,

**MOTLEY RICE LLC**

---

[1] On November 14, 2023, counsel for Petitioner Victims contacted the Government to request, for ease of the Government, Court and, in furtherance of judicial efficiency, 1) that Petitioner Victims be allowed to submit one omnibus Amended Petition for all fifty-six (56) victims and; 2) an extension to the December 29, 2023, claim filing deadline. The Government responded "Yes" to each request.

_/s/ Michael Elsner_

Michael Elsner, Esq.
28 Bridgeside Boulevard
P.O. Box 1792
Mount Pleasant, South Carolina 29465
Telephone: (843) 216-9000