UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

v.

YING SUN,

Defendant.

21-CR-343 (SHS)

ORDER

---

SIDNEY H. STEIN, U.S. District Judge:

On November 7, 2023, the Court received a *pro se* motion from defendant requesting that the Court reduce her sentence pursuant to Amendment 821 to the U.S. Sentencing Guidelines. Because defendant was released from prison on October 10, 2023, the Court hereby denies defendant's motion as moot.

The Clerk of Court is directed to mail a copy of this Order to Ying Sun, 613 Fairview Avenue, Unit D, Arcadia, CA 91007.

Dated: New York, New York
       February 1, 2024

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.