UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES,

                Plaintiff,

    -against-

YING SUN,

                Defendant.

21-CR-343 (SHS)

Order

SIDNEY H. STEIN, U.S. District Judge.

    On December 29, 2023, third-party petitioners who hold a judgment entered by the U.S. District Court for the District of North Dakota against the Juarez Cartel filed an amended petition pursuant to 21 U.S.C. § 853(n) and Fed. R. Crim. P. 32.2 asserting an interest in property to be forfeited pursuant to this Court's June 13, 2023 Consent Preliminary Order of Forfeiture. (ECF No. 265.)

    Having received the petition and no response from the government, the Court HEREBY ORDERS the government to respond to the petition on or before March 11, 2024.

Dated: New York, New York
       February 9, 2024

SO ORDERED:

Sidney H. Stein, U.S.D.J.