UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| United States of America | Plaintiff, | |
| -against- | | No. 1:21-cr-00343(SHS) |
| Sun, et al. | Defendants. | **MOTION FOR ADMISSION** |
| | | **PRO HAC VICE** |
| Adriana Jones, et al., | Petitioners. | |

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, _____John Michael Eubanks_____ hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for _____Petitioners_____ in the above-captioned action.

I am in good standing of the bar(s) of the state(s) of South Carolina and Maryland and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: 03/27/2024            Respectfully Submitted,

Applicant Signature: _____
Applicant's Name: John M. Eubanks
Firm Name: Motley Rice LLC
Address: 28 Bridgeside Blvd
City/State/Zip: Mount Pleasant, SC 29464
Telephone/Fax: (843) 216-9000 / (843) 216-9450
Email: jeubanks@motleyrice.com