UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA | ) Case No. 1:21-cr-00343 (SHS) |
| | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| SUN, et al. | ) |
| | ) |
| Defendants. | ) |
| | ) |
| ADRIANA JONES, et al. | ) |
| | ) |
| Petitioners. | ) |

## DECLARATION OF JOHN M. EUBANKS

I, John Michael Eubanks, declare as follows:

1. I am over 18 years of age and have personal knowledge of the information contained in this declaration

2. I am a member of the law firm of Motley Rice LLC with my office located at 28 Bridgeside Boulevard, Mount Pleasant, South Carolina 29464. My telephone number is (843) 216-9000, my facsimile number is (843)216-9450, and my e-mail address is jeubanks@motleyrice.com.

3. I am an attorney in good standing and licensed to practice law in the State of

Maryland and the State of South Carolina. Certificates of good standing for each of these jurisdictions are attached hereto as Exhibit 1.

4. I certify that I have never been convicted of a felony.

5. I certify that I have never been censured, suspended, disbarred or denied admission or readmission by any court.

6. I certify that I have never been disciplined by any bar or any state or federal court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 27, 2024                      [signature]

Sworn to and subscribed before me this
27 day of March, 2024
[signature: Megan E Neubert]

[Notary seal: MEGAN E NEUBERT, NOTARY PUBLIC, SOUTH CAROLINA]

Commission expires
August 3, 2033

2