UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES,

    -against-

YING SUN,

    Defendant.

ADRIANA JONES, et al.,

    Petitioners.

ARRIVAL ENTERPRISES, LI HUA ZHAO, YING YU YAN,

    Petitioners.

21-CR-343 (SHS)

ORDER

SIDNEY H. STEIN, U.S. District Judge.

IT IS HEREBY ORDERED THAT:

    The Court will hear oral argument on the government's motion to dismiss the First Amended Petition by Adriana Jones, et al., (ECF No. 297), on May 23, 2025 at 10 a.m. in Courtroom 23A.

    At the same time, the Court will hold a conference on the petitions filed by Arrival Enterprises, Li Hua Zhao, and Ying Yu Yan, (ECF Nos. 298, 299, 300), to determine how best to proceed on those petitions.

Dated: New York, New York
       May 14, 2025

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.