UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES,

    -against-

YING SUN,

                      Defendant.

ADRIANA JONES, et al.,

                      Petitioners.

21-CR-343 (SHS)

OPINION & ORDER

SIDNEY H. STEIN, U.S. District Judge.

    Petitioners, Adriana Jones and fifty-six others, have moved for reconsideration of this Court's June 5, 2025 Opinion and Order, *see United States v. Sun*, No. 21-CR-343, 2025 WL 1591868 (S.D.N.Y. June 5, 2025) granting the Government's motion to dismiss petitioners' section 853(n) petition. (ECF No. 340.)

    In order to prevail on a motion for reconsideration, the moving party must "point to controlling decisions or data that the court overlooked — matters, in other words, that might reasonably be expected to alter the conclusion reached by the court." *Shrader v. CSX Transp. Inc.*, 70 F.3d 255, 256-57 (2d Cir. 1995) (noting that the standard for granting motions for reconsideration is "strict"). Petitioners here have asserted no change in controlling law, no evidence that the court overlooked, and no clear error or manifest injustice. *See Kolel Beth Yechiel Mechil of Tartikov, Inc. v. YLL Irrevocable Tr.*, 729 F.3d 99, 104 (2d Cir. 2013). Accordingly, petitioners' motion for reconsideration is denied.

Dated:      New York, New York
               June 5, 2025

SO ORDERED:

*[signature]*

Sidney H. Stein, U.S.D.J.