

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

November 15, 2025

**BY ECF**
The Sidney H. Stein
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

# MEMO ENDORSED

Re:    *United States v. Ying Sun*, 21 Cr. 343 (SHS)

Dear Judge Stein:

    The Government writes on behalf of the parties to inform the Court the parties have reached a settlement in principle to resolve petitioners Arrival Enterprise, Inc., Li Hua Zhao, and Ying Yu Yan's ancillary forfeiture proceedings. *See* Dkt. 351. As such, the parties respectfully request that all upcoming deadlines and hearings related to the ancillary forfeiture proceedings be adjourned *sine die*, including the November 17, 2025 deadline to submit proposed findings of fact and conclusions of law, and the fact hearing presently scheduled for November 24, 2025. *See id.* An adjournment would allow the Government time to draft the necessary settlement documents, all parties to sign the documents, and then a stipulation of settlement would be submitted to the Court for its endorsement.

    The parties thank the Court for its consideration herein.

Respectfully submitted,

JAY CLAYTON
United States Attorney

By:   *Mostafa Khairy*
       Mostafa Khairy
       Special Assistant United States Attorney
       Tel.: (212) 637-2406

cc:   Renee Wong, Esq. (by ECF)
      *Attorney for Petitioners*

**The proposed findings of fact and conclusions of law are due by December 22 and the hearing is adjourned to December 29 at 11:00 a.m. There will be no further adjournments of these dates.**

Dated: New York, New York
       November 17, 2025

SO ORDERED:

*/s/ Sidney H. Stein*
Sidney H. Stein, U.S.D.J.